UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISDOM SCOTT JR, <br><br> Plaintiff, <br><br> v. <br><br> LOUISVILLE LADDER GROUP, <br><br> Defendant. | Case No: C12-03920LHK <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Timothy G. O'Neill, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Louisville Ladder Inc. in the above-entitled action. My local co-counsel in this case is Jonathan R. Murphy, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Snell & Wilmer L.L.P. <br> 1200 17th Street, Suite 1900, Denver, CO 80202 | Snell & Wilmer L.L.P., 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626 |
| MY TELEPHONE # OF RECORD: <br> (303) 634-2000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (714) 427-7000 |
| MY EMAIL ADDRESS OF RECORD: <br> toneill@swlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> jrmurphy@swlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 17311.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2012

TIMOTHY G. O'NEILL

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Timothy G. O'Neill is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 7, 2012

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

PRO HAC VICE APPLICATION & ORDER