UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WISDOM SCOTT, JR., <br><br> Plaintiff, <br><br> v. <br><br> LOUISVILLE LADDER GROUP, LLC, and Does 1 through 10, <br><br> Defendants. | Case No.: 12-CV-03920-LHK <br><br> ORDER GRANTING EXTENSION TO COMPLETE MEDIATION; CONTINUING CASE MANAGEMENT CONFERENCE |

On March 18, 2013, the parties in this action filed their joint case management statement in preparation for the case management conference scheduled for March 27, 2013. ECF No. 26. In this statement, the parties request a 60-day extension on the deadline to complete mediation. The parties do not present any other issues that require discussion or resolution. Accordingly, the Court hereby GRANTS the parties' request for a 60-day extension to complete mediation, and CONTINUES the case management conference to July 10, 2013, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: March 26, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 12-CV-03920-LHK
ORDER GRANTING EXTENSION TO COMPLETE MEDIATION; CONTINUING CASE MANAGEMENT CONFERENCE