United States District Court

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN JOSE DIVISION

12 | WISDOM SCOTT, JR.,                        ) Case No.: 12-CV-03920-LHK
                                             )
13 |              Plaintiff,                  )
                                             )
14 |        v.                               ) ORDER GRANTING EXTENSION TO
                                             ) COMPLETE MEDIATION;
15 | LOUISVILLE LADDER GROUP, LLC, and        ) CONTINUING CASE MANAGEMENT
     Does 1 through 10,                       ) CONFERENCE
16 |                                          )
                  Defendants.                 )
17 |                                          )
                                             )
18 | _____     )

19        On March 18, 2013, the parties in this action filed their joint case management statement in

20 preparation for the case management conference scheduled for March 27, 2013.  ECF No. 26.  In

21 this statement, the parties request a 60-day extension on the deadline to complete mediation.  The

22 parties do not present any other issues that require discussion or resolution.  Accordingly, the Court

23 hereby GRANTS the parties' request for a 60-day extension to complete mediation, and

24 CONTINUES the case management conference to July 10, 2013, at 2:00 p.m.

25 **IT IS SO ORDERED.**

26 Dated: March 26, 2013                          _Lucy H. Koh_____

27                                                LUCY H. KOH
                                                 United States District Judge
28