UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WISDOM SCOTT, JR., | Case No.: 12-CV-03920-LHK |
| Plaintiff, | ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |
| v. | |
| LOUISVILLE LADDER GROUP, LLC, and Does 1 through 10, | |
| Defendants. | |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for July 10, 2013, as required pursuant to Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by <u>Monday, July 8, 2013 at 2:00 p.m.</u> The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: July 5, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge